UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TODD YLONEN,
    Plaintiff,

v.

HARBOR CRUISES, LLC and NOLAN
ASSOCIATES, LLC,
    Defendants.

CIVIL ACTION
NO. 09-11212-MBB

## ORDER OF DISMISSAL

### October 4, 2011

**BOWLER, U.S.M.J.**

The court having been advised that the above-entitled action has been settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice and without costs. Upon good cause shown, any party may move to reopen the action within THIRTY(30) days if settlement is not consummated.

    /s/ Marianne B. Bowler
    **MARIANNE B. BOWLER**
    United States Magistrate Judge